**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KITT CHANNING COOPER, JR.,**

**Plaintiff,**

**v.**

**PAULA BISCHOFF,**
***in her capacity as Personal Representative of the estate of Wayne L. Willis,***

**Defendant.**

**Case No. 2:23-cv-03753**
**Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on the Estate of Wayne L. Willis's "Motion to Substitute Ashlee K. Satterfield, Special Administrator of the Estate of Wayne L. Willis, as Defendant" (ECF No. 97).

Federal Rule of Civil Procedure 25 provides that, "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action." Fed. R. Civ. P. 25(c). "Because Rule 25(c) is merely a procedural device designed to facilitate the conduct of a case, a decision under the Rule generally falls within the district court's discretion." *Roxane Lab'ys, Inc. v. Abbott Lab'ys*, No. 2:12-CV-312, 2012 WL 5511138, at *2 (S.D. Ohio Nov. 14, 2012). District courts in other jurisdictions have found that it would be a "proper exercise of the court's discretion" to substitute a successor personal representative when "the interest formerly held by [the original personal representative] has been 'transferred' to [the successor personal representative] as contemplated by Rule 25(c)." *Campbell v. Est. of Kilburn*, No. 3:13-CV-00627-LRH-WGC, 2014 WL 3613701, at *2 (D. Nev. July 21,

2014) (observing that "the court is aware of no unfairness or prejudice which would result from the granting of [the] motion [to substitute]"); *see also Holman by & through Est. of Holman v. Travelers Home & Marine Ins. Co.*, No. 2:20-CV-01208-AMM, 2021 WL 7906862, at *1 (N.D. Ala. Apr. 5, 2021).

The Court previously granted the Estate's motion to substitute Paula Bischoff, in her capacity as the Personal Representative of the Estate of Wayne L. Willis, in place of Wayne Willis and his co-guardians, Jeannie E. Willis and Jason Willis. (ECF No. 24.) The Estate now represents that "Paula Bischoff was removed as the Personal Representative of the Willis Estate by the Seventh Judicial Circuit Court in Dearborn County, Indiana, in Case No. 15C01-2405-ES-0013, and Attorney Ashlee K. Satterfield was subsequently appointed as the Special Administrator, WWA (With Will Annexed) of the Willis Estate." (ECF No. 97.) The Estate's Motion attaches an order of the Seventh Judicial Circuit Court in Dearborn County, Indiana, appointing Ashlee K. Satterfield "as the Special Administrator, WWA (With Will Annexed)." (ECF No. 97-1.) Based on the Estate's representations and supporting documents, it appears that Ms. Satterfield succeeded Ms. Bischoff as the personal representative of the Estate. Further, the Court finds that allowing the Estate to substitute its successor personal representative would not disrupt the administration of this litigation, nor would it prejudice Plaintiff.

Accordingly, the Estate's Motion to Substitute (ECF No. 97) is **GRANTED**. The Clerk is **DIRECTED** to **AMEND** the case caption to reflect this substitution by designating as Defendant "Ashlee K. Satterfield, in her capacity as Special Administrator of the Estate of Wayne L. Willis."

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**